

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **IN RE RONNIE ADAM CLOUD** | §<br>§<br>§   **CIVIL ACTION NO: 1:19-mc-6**<br>§<br>§ |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND *SUA SPONTE* DISMISSING CASE**

In accordance with 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred this matter to the undersigned for pre trial management and entry of recommended disposition. On May 4, 2020, Judge Giblin entered his report and recommendation (#4) recommending that the District Court *sua sponte* dismiss the Complaint. The Court agrees with the magistrate judge's findings and conclusions and adopts the report and recommendation.

Plaintiff Ronnie Adam Cloud, proceeding *pro se*, filed a motion to stay (#5), which the Court will interpret as his objection to the magistrate judge's report and recommendation. The Court has reviewed Plaintiff's objections, to the extent they exist, *de novo* in relation to the pleadings, the record, and the applicable law. *See* FED. R. CIV. P. 72(b); *see also* 28 U.S.C. § 636(b). After careful consideration, the Court concludes that the objections are without merit.

As an initial matter, the Court does not find that Plaintiff made a specific objection to any

portion of the magistrate judge's report and recommendation. Indeed, the following is the entirety of Plaintiff's objection to the report and recommendation: "I have been unable to properly communicate with the court and present evidence properly which has led to false statements being made in the recommendation which I fully object to. I require a stay of the proceedings until I can correct the communication problems." (#5). In his brief objection to the report and recommendation, Plaintiff does not address the magistrate judge's findings that his complaint "presents a cloudy and incoherent portrait that the Court finds indiscernible." *See* (#4), at p.3. The Court recognizes that Plaintiff claims he has had difficulty communicating with the Court, but that allegation does not have any bearing on Judge Giblin's report and recommendation. Moreover, although Plaintiff claims that the report and recommendation contains false statements, he does not identify any of those allegedly false statements. *See* (#5).

Based on Plaintiff's failure to properly object to the magistrate judge's report and recommendation, the Court adopts Judge Giblin's findings and legal conclusions as the findings and conclusions of the Court.

The Court therefore **ORDERS** that Judge Giblin's Report and Recommendation (#4) is adopted. It is further **ORDERED** that Plaintiff's complaint is **DISMISSED** *sua sponte*, with prejudice. Additionally, the Court **ORDERS** that the pending motion in this case (#5) is **DENIED** as moot. This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

SIGNED at Beaumont, Texas, this 15th day of July, 2020.

                                                    MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE